Case 2:15-cv-00144   Document 65   Filed on 08/09/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADAN VALDEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:15-CV-144 |
| | § | *(Consolidated with 2:15-cv-374)* |
| SUPERIOR ENERGY SERVICES INC.; | § | |
| dba SPC RENTALS, *et al*, | § | |
| | § | |
| Defendants. | § | |

**PHASE II**
**DISCOVERY PLAN AND SCHEDULING ORDER**

1. Trial: Estimated time to try: __7-10__ days.                     ❏ Bench   ■ Jury

2. Deadline to amend pleadings and join new parties:                **8/18/2017**
   *Plaintiff must furnish a copy of this scheduling order to new parties. Parties must comply with Federal Rule of Civil Procedure 15(a) in amending pleadings before this deadline.*

3. The plaintiff's experts, if any, will be named with a report furnished by:   **8/28/2017**

4. The defendant's experts, if any, must be named with a report furnished by:  **9/29/2017**

5. Selection of "Discovery Plaintiffs" pursuant to the Courts' August 9, 2017
   Order if not already identified:                                 **10/12/2017**

6. Discovery must be completed by:                                  **11/17/2017**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

7. Dispositive Motions will be filed by:                            **1/24/2018**

8. Deadline for filing of decertification motion:                   **1/24/2018**

9. Deadline for filing pretrial motions to comply with Rule 16(b)(3)(A):
   and Joint Pretrial Order for **Plaintiff Salas** is due:         **2/8/2018**

10. Final Pretrial Conference for **Plaintiff Salas** is set for 2:00 p.m. in the
    Corpus Christi Division on:                                     **2/22/2018**

11. Deadline for filing pretrial motions to comply with Rule 16(b)(3)(A):
    and Joint Pretrial Order for **Plaintiff Valdez, et al** is due: **5/10/2018**

12. Final Pretrial Conference for **Plaintiff Valdez, et al** is set for 2:00 p.m. in the
    Corpus Christi Division on:                                     **5/24/2018**

13. Jury Selection and trial setting will be determined at the final pretrial conference.   **TBD**
    *(The case will remain on standby until tried)*

SIGNED this 9th day of August, 2017.

_____
Hilda Tagle
Senior United States District Judge