United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADAN VALDEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:15-CV-0144 |
| § | |
| SUPERIOR ENERGY SERVICES INC.; § | |
| dba SPC RENTALS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court is in receipt of Plaintiff's counsel's unopposed motion for extension of time to file his motion for attorney's fees, Dkt. No. 115. Plaintiff's counsel represents that due to a busy schedule he will be unable to meet the November 21, 2019 deadline to file a motion for attorney's fees under Rule 54(d). *Id.*

Given this is Plaintiff's counsel's first motion for an extension to file attorney's fees, the motion is **GRANTED**. Plaintiff's counsel is **ORDERED** to file his motion for attorney's fees by **December, 5, 2019.**

SIGNED this 25th day of November, 2019.

_____
Hilda Tagle
Senior United States District Judge