United States District Court
Southern District of Texas
**ENTERED**
December 06, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADAN VALDEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:15-CV-144 |
| § | |
| SUPERIOR ENERGY SERVICES INC.; § | |
| dba SPC RENTALS, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court is in receipt of Plaintiff's counsel's unopposed motion for extension of time to file motion for attorney's fees. Dkt. No. 117. In the motion, Plaintiff's counsel represents that he has been in the process of moving offices and unexpected delays has led to a need for an extension. *Id*. Counsel asks for an extension until December 9, 2019 to file his motion. *Id*. This is his second request for an extension of time to file a motion for attorney's fees. *See* Dkt. No. 115.

The Court **GRANTS** Plaintiff's counsel's motion for extension of time to file motion for attorney's fees, Dkt. No. 117. The Court **ORDERS** Plaintiff's counsel to file a motion for attorney's fees and costs by **December 9, 2019**. Failure to file a motion for attorney's fees and costs by **December 9, 2019** will be taken as representation that Plaintiff is not requesting attorney's fees and costs.

SIGNED this 6th day of December, 2019.

_____
Hilda Tagle
Senior United States District Judge