United States District Court
Southern District of Texas

**ENTERED**

December 16, 2019

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADAN  VALDEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:15-CV-00144 |
| | § | |
| SUPERIOR ENERGY SERVICES INC.; | § | |
| dba SPC RENTALS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Plaintiff Counsel J. Derek Braziel's ("Braziel") Motion of Extension of Time to File Motion for Approval of Fees, Dkt. No. 120, his Amended Motion for Extension, Dkt. No. 122, and his further Amended Motion for Extension, Dkt. No. 123, which asks for a December 16, 2019 deadline to file his motion for attorney's fees.

The Court previously granted two motions for extension of time filed by Braziel, Dkt. Nos. 116, 119. Braziel has also asked for numerous extensions in this case. Dkt. Nos. 103, 105, 106, 108, 109, 110. Braziel's successive motions for extension in such a short timeframe demonstrate to the Court an inability to set and keep deadlines. Further the continual motions for extension also convey a lack of respect for the Court's time. This lack of respect is particularly difficult to fathom given that Braziel has been licensed in the State of Texas since 1995 after graduating from the University of Virginia.[1] Making it even more difficult to understand is Braziel's representation on his website that he was a law clerk for the Honorable Howell Cobb in The United States District Court for the Eastern District

---

[1] The State Bar of Texas entry for Braziel can be found at
https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=155556

of Texas.[2] All of this combined makes it difficult for the Court to understand why Braziel repeatedly failed to comply with the deadlines in this case.

Although the Court reluctantly stretches its credulity to find good cause, out of respect for the memory of the Honorable Judge Cobb and in the interests of justice, the Court **GRANTS** Braziel's motion for extension to file his attorney's fees motion, Dkt. No. 123. Braziel must file his motion for attorney's fees by **December 16, 2019**. Having granted this motion, the Court puts Braziel on notice that any unfounded motions for extension may prompt sanctions.

SIGNED this 16th day of December, 2019.

Hilda Tagle
Senior United States District Judge

---

[2] Braziel's webpage can be accessed at http://www.overtimelawyer.com/team.html