United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADAN VALDEZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 2:15-CV-144 |
| § | |
| SUPERIOR ENERGY SERVICES INC.; § | |
| dba SPC RENTALS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court approved the settlement in this case on November 7, 2019. Dkt. No. 114. The Court granted several extensions for Plaintiffs' counsel to file for attorney's fees. Dkt. Nos. 116, 119, 124. The Court's final order granting an extension set a December 16, 2019 deadline to file for attorney's fees. Dkt. No. 124. No filing was made by December 16, 2019 and no further filings have been made in this case. Both parties stipulated to the dismissal of this case upon approval of the proposed settlement. Dkt. Nos. 111 at 17; 113 at 19-20. Accordingly, the Court dismisses the above-captioned case and **ORDERS** the Clerk of the Court to close the case.

SIGNED this 5th day of February, 2020.

_____
Hilda Tagle
Senior United States District Judge